Morris E. Gallo, Inc., Respondent, v. Lydig Avenue Building Corporation and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Letitia Bonta, Appellant, v. Inslee Realty Company, Inc., Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of The Bank of United States, in Liquidation. In the Matter of the Application of Center Villa, Inc., for an Order Directing Joseph A. Broderick, as Superintendent of Banks, as Liquidator of Said The Bank of United States to Turn over Certain Funds Consisting of the Proceeds of a Certain Check for the Sum of $26,550.20.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Rose M. Davis, as Executrix, etc., and Kaufman Shlivek, as Executor, etc., of Joseph H. Davis, Deceased, Appellants, v. Alfred E. Whitehouse, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Philippe Du Brissac Hulitar, Appellant, v. Bronislava Oleska Du Brissac Hulitar, Respondent.— Order reversed and motion denied. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Knickerbocker Toy Co., Inc., Respondent, v. F. W. Woolnough Co., Inc., Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The bill of particulars to be served within twenty days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Papathopulos P. Nicholas, Appellant, v. Nancy Lee Nicholas, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Peck & Sterba, Incorporated, and J. Roy Allen, Appellants, v. Peck & Sterba, Inc., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Martin, J., dissents and votes for reversal and to grant motion.

Samuel J. Toback, Appellant, v. Brooklyn and Queens Transit Corporation, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Walter Blair, Respondent, v. Charles S. Hirsch and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Frances Heenan Browning, an Infant, by Carolyn M. Heenan, Her Guardian ad Litem, Respondent, v. Edward W. Browning, Appellant.— Order reversed and motion denied. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.